Motion GRANTED.
The initial case management conference is reset for 11/10/2025 at 2:00 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRENDA GEIGER, EVA PEPAJ, GALLIENNE NABILA, JAMILLETTE GAXIOLA, JANET GUZMAN, JENNIFER ZHARINOVA and STEPHANIE RAO, <br><br> Plaintiffs, <br><br> v. <br><br> BUCANAS 2009 INC d/b/a BUCANAS NIGHT CLUB a/k/a BUCANAS, <br><br> Defendant. | Case No. 3:25-cv-00474 |

## PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Come now the Plaintiffs, by and through counsel, and hereby move this Honorable Court for a continuance of the Case Management Conference which is currently set for September 15, 2025 at 2:00 p.m. As grounds, Plaintiffs would state the following:

The Complaint in this matter was filed on April 28, 2025. As of the date of this Motion, Plaintiffs have not been able to get service on Defendant. The Court has previously extended the time for service of process 90 days. [Doc 14] Plaintiffs anticipate serving the Secretary of State and filing a Motion for Default if service is not obtained in the near future.

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court to continue the currently scheduled Case Management Conference.

1